[No. 64324-0-I.   Division One.   April 11, 2011.]

ROGER L. SKINNER, *Appellant*, v. THE CITY OF MEDINA ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-05619-6, Mary Yu, J., entered October 16, 2009. *Affirmed* by unpublished opinion per Cox, J., concurred in by Dwyer, C.J., and Leach, J.

[No. 65365-2-I.   Division One.   April 11, 2011.]

DAVID CAPOBIANCO ET AL., *Respondents*, v. VULCAN, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-09609-4, Paris K. Kallas, J., entered April 30, 2010. *Affirmed* by unpublished opinion per Cox, J., concurred in by Grosse and Spearman, JJ.

[No. 38887-1-II.   Division Two.   April 12, 2011.]

GREGORY R. VESTAL, *as Personal Representative, Appellant*, v. FRANCISCAN HEALTH SYSTEM-WEST ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-2-12409-7, Joseph H. Gordon Jr., J. Pro Tem., entered January 26, 2009. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Worswick, A.C.J., and Van Deren, J.

[No. 39490-1-II.   Division Two.   April 12, 2011.]

*In the Matter of the Detention of* KEITH WYMAN ELMORE, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 99-2-02774-8, Roger A. Bennett, J., entered June 19, 2009. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Penoyar, C.J., and Quinn-Brintnall, J.